## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff (s),<br><br>vs.<br><br>TARA MAZZEO,<br>　　　　　Defendant. | 2:12-CR-0337-JCM-CWH<br><br>MINUTES OF THE COURT<br><br>DATED: FEBRUARY 25, 2013 |

THE HONORABLE   **JAMES C. MAHAN**   UNITED STATES DISTRICT JUDGE

DEPUTY CLERK   DAVID OAKES       COURT REPORTER   JOY GARNER

COUNSEL FOR PLAINTIFF(S)   GREGORY DAMM, AUSA

COUNSEL FOR DEFENDANT(S)   CHARLES KELLY, ESQ.

MINUTES OF PROCEEDINGS: **JURY TRIAL (DAY ONE)**

The Court convened at 9:20 a.m.

The Court addressed the forty-nine jurors. The Clerk was directed to administer the oath.

Forty-nine prospective jurors are called and *voir dire* was conducted from 9:40 a.m., to 11:25 a.m. Peremptories are made and the following jurors are selected and sworn: **REDACTED.**

Court recessed at 11:30 a.m., to 11:45 a.m.   Jury was admonished and excused.

Court reconvened at 11:45 a.m., in the presence of the jury.   Parties stipulated to their presence.

Court recessed for lunch from 12:00 p.m., to 1:30 p.m. **Jury was admonished and excused.**

Court reconvened at 11:55 a.m., outside the presence of the jury. Court and counsel discussed the two motions in limine **#21 and #22** filed by defendant. *(See reporters' transcript for details of arguments).*

**United States of America, vs. Tara Mazzeo**
2:12-cr-0337-JCM-CWH
Jury Trial Day (1)
**Monday, February 25, 2013**                                                                                            **Page 2**
_____

Court reconvened at 1:30 p.m., in the presence of the jury.  Parties stipulated to their presence.

Opening statements are made by Mr. Damm on behalf of the government from 1:35 p.m., to 1:55 p.m.

Opening statements are made by Mr. Kelly on behalf of the defendant from 1:55 p.m., to 2:10 p.m.

**ANTHONY DENN** is called to the stand, sworn and testified on direct examination by Mr. Damm, *plaintiffs' exhibits #10, 11, 12 are stipulated into evidence, plaintiffs' exhibit #1 is marked only.* Cross examination by Mr. Kelly, *defendants' exhibit #501 is marked and admitted into evidence.*

Court recessed from 2:55 p.m., to 3:10 p.m.  Jury was admonished and excused.

Court reconvened at 3:15 p.m., in the presence of the jury.  Parties stipulated to their presence.

**ANTHONY DENN**, having previously been sworn, resumed the stand and testified further on cross examination by Mr. Kelly, *defendants' exhibit #502 is marked and admitted into evidence, plaintiffs' exhibit #1 is marked and admitted into evidence, defendants' exhibits #504, #508 are marked only,* re-direct examination by Mr. Damm, then is excused.

**MARIA SGROIA**, is called to the stand, sworn and testified on direct examination by Mr. Damm, *plaintiffs' exhibits #2, 3, 4, 5, 6, 7, related to #14, 15, are marked and admitted into evidence,* cross examination by Mr. Kelly, re-direct examination by Mr. Damm, then is excused.

**JOHN NAVARA**, is called to the stand, sworn and testified on direct examination by Mr. Damm, *plaintiffs' exhibit #8 is marked and admitted into evidence,* cross examination by Mr. Kelly, then is excused.

**DEBBIE NOVOTNY**, is called to the stand, sworn and testified on direct examination by Mr. Damm, *plaintiffs' exhibits #9, 13 are marked and admitted into evidence,* cross examination by Mr. Kelly, then is excused.

5:05 p.m.  The jury is admonished and excused.  Court stands in recess.

**IT IS HEREBY ORDERED** the jury trial in this matter shall continue to **Tuesday, February 26, 2013 at 9:00 a.m.**

The Court adjourned at 5:10 p.m.

                                                                                LANCE S. WILSON, CLERK
                                                                                U.S. DISTRICT COURT

                                                                                BY:      /S/
                                                                                        David Oakes, Deputy Clerk