# DO NOT FILE

Prob12A
D/NV Form
Rev. June 2014

**United States District Court**
**for**
**the District of Nevada**

---

### REPORT ON OFFENDER
### UNDER SUPERVISIONAND REQUEST TO SHARE IN FORMATION
### April 18, 2016

---

Name of Offender: **Tara Mazzeo**

Case Number:  **2:12CR00337**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **September 5, 2013**

Original Offense: **False Statements to the Government**

Original Sentence: **60 Months probation**

Date Supervision Commenced: **September 5, 2013**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

---

### U. S. PROBATION OFFICER ACTION SUMMARY

On September 5, 2013, the above-named offender was sentenced to 60 month probation. At sentencing, the Court ordered that she cooperate and arrange with the Internal Revenue Service to pay all past and present taxes, interest, and penalties. Since that time, the offender has complied will all conditions of supervision, completing her community service and paying her $2,000 fine.

Mazzeo's lifestyle does not appear to be commensurate with her reported income.  Recently, she purchased luxury vehicles and has remodeled her million-dollar home. She reports earning $4.333.33 per month in gross income.

The Internal Revenue Service (IRS) has been contacted to determine if Mazzeo is current with any taxes and is cooperating with the IRS pursuant to her special conditions of supervision.

To facilitate her supervision and to confirm her compliance with all her financial conditions of supervision,   it is recommended that the United States Probation Office be allowed to share financial information obtained from the offender with the IRS.

**RE: Tara Mazzeo**

# DO NOT FILE

Prob12A
D/NV Form
Rev. June 2014

Should the Court concur with our request to share information, please indicate below.

Respectfully submitted,

Eric Christiansen
2016.04.19 08:40:15
-07'00'

Eric Christiansen
United States Probation Officer

Approved:

Nancy M. Boulton
2016.04.18 08:47:55 -07'00'

Nancy M. Boulton
Supervisory United States Probation Officer

Please indicate your response below and return to the Probation Office:

X      Concur with the proposed course of action.

☐      Other (please include Judicial Officer instructions below):

-----------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

-----------------------------------------------------------------------------------

Signature of Judicial Officer

April 19, 2016

Date