UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-337 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| TARA MAZZEO, | |
| Defendant(s). | |

Presently before the court is defendant Tara Mazzeo's emergency motion for stay pending the court's decision. (ECF No. 94).

Defendant seeks an emergency stay of the revocation hearing scheduled for September 7, 2016. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am.*, 299 U.S. 248, 254 (1936).

After reviewing the underlying briefs and motions, the court declines to stay the proceedings.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Tara Mazzeo's emergency motion for stay pending the court's decision (ECF No. 94) be, and the same hereby is, DENIED.

DATED September 6, 2016.

_____
UNITED STATES DISTRICT JUDGE